UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**JUDY JACKSON and EVELYN McCRANIE, individually and on behalf of all others similarly situated,**

    **Plaintiffs,**

**v.**                                   Case No.  8:07-cv-56-T-30MSS

**PULTE HOMES, INC.,**

    **Defendant.**
_____/

## ORDER OF DISMISSAL

Before the Court is the Joint Stipulation for Dismissal of Claims (Dkt. #25). In accordance with same, it is

**ORDERED AND ADJUDGED** as follows:

1.    The Joint Stipulation for Dismissal of Claims (Dkt. #25) is APPROVED.

2.    This cause is dismissed, with each party bearing their own attorney's fees and costs.

3.    All pending motions are denied as moot.

4.    The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on August 27, 2007.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2007\07-cv-56.dismissal 25.wpd